UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>               Petitioner )<br>                        )<br>       V.                    )<br>                        )<br>JOSEPH E. DALY )<br>            Respondent ) | **05 MBD 10257**<br><br>M.B.D. No. |

## ORDER TO SHOW CAUSE

Upon the Petition, the Exhibit(s) attached thereto, including the Declaration of Mary Anne Coburn, Revenue Officer of the Internal Revenue Service, and upon the motion of Michael Sullivan, United States Attorney for the District of Massachusetts, it is

ORDERED that the respondent appear before the District Court of the United States for the District of Massachusetts, in that branch thereof presided over by the undersigned, in courtroom # _15_ in the United States Courthouse in _BOSTON_ on the _7th_ day of _September_, 2005, at _10:30_ A.M., to show cause why he should not be compelled to obey the Internal Revenue Service Summons served upon him on January 28, 2005. It is further

ORDERED that a copy of this Order, together with the Petition and Exhibit(s) thereto, be personally served upon Joseph E. Daly on or before _August 29_, 2005.
It is further

ORDERED that within five days of service of copies of this Order, the Petition and Exhibit(s), the respondent shall file and serve a written response to the Petition.

DATED at _Boston_, Massachusetts on this _1st_ day of _July_, 2005.

_____
UNITED STATES DISTRICT JUDGE

_____
UNITED STATES MAGISTRATE JUDGE