UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>        Petitioner,<br><br>v.<br><br>JOSEPH E. DALY,<br>        Respondent. | M.B.D. No. 05-MC-10257-JGD |

**ORDER ENFORCING INTERNAL**
**REVENUE SERVICE SUMMONS**

The Petition to Enforce Internal Revenue Service Summons having come before United States Magistrate Judge Judith G. Dein for a hearing on September 7, 2005, and the respondent, JOSEPH E. DALY, not having shown any cause why he should not obey the Summons issued to him on January 28, 2005:

IT IS ORDERED that JOSEPH E. DALY obey the Summons and appear (with the documents described in the Summons) before Revenue Officer Mary Anne Coburn or any other officer of the Internal Revenue Service authorized to examine the records and take JOSEPH E. DALY testimony on or before _September 16_, 2005 at _9_ AM/PM at the office of the Internal Revenue Service, One Montvale Avenue, Stoneham, MA 02180, Tel. #(781)835-4206. Failure to comply with this Order shall make the respondent liable for a finding of contempt of court.

                                            _/s/ Judith Gail Dein_
                                            JUDITH G. DEIN
                                            UNITED STATES MAGISTRATE JUDGE

Dated: September _7_, 2005